State vs. Labauve.

## No. 11,557.

### STATE OF LOUISIANA VS. GRANT RUTLEDGE.

A transcript of the record of appeal not filed on the return day nor within three judicial days following the return day, the appeal will be dismissed.

APPEAL from the Twenty-first Judicial District Court, Parish of Jefferson. *Rost, J.*

The Attorney General moved to dismiss the appeal; the counsel for the Defendant and Appellant joined in the motion.

The opinion of the court was delivered by BREAUX, J.

## No. 11,545.

### THE STATE OF LOUISIANA VS. THEOGENE LABAUVE.

The defendant was convicted of larceny. He alleges as errors:

1. That the general venire for the term had been illegally drawn. This ground is not tenable, for, though under indictment, he did not move to annul and set aside the *venire* on the first day of the term.
2. That one of the jurors was a non-resident. This ground is not sustained by the facts certified to this court; moreover application for a new trial for this cause should show not only that defendant was not, but that counsel also was not aware of any fact affecting competency of juror, if he was incompetent.
3. That one of the defendant's witnesses, charged with perjury, was arrested in the presence of the jury that tried him. It is not shown that the arrest was made in the presence of the jury. State vs. Ford, 37 An. 456.
4. That the property alleged to have been stolen was not described. The property was described with legal certainty. Quoting State vs. Johnson, 30 An. 904; State vs. King, 37 An 179; State vs. Bassett, 34 An. 1108; State vs. Carter, 33 An. 1274; State vs. Curtis, 44 An. 320.

APPEAL from the Seventeenth Judicial District Court, Parish of Vermilion. *Allen, J.*

*M. J. Cunningham*, Attorney General, and *M. T. Gordy, Jr.*, District Attorney, for the State.

*L. L. Bourges* and *A. & Chas. Fontelieu* Attorneys for Defendant and Appellant.

The opinion of the court, affirming judgment of District Court, was deliver_d by BREAUX, J.